UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**CORNELIUS THOMAS, JR.,**

    **Plaintiff,**

v.                                      CIVIL ACTION NO.: 3:21-cv-00750-HEH

**BIDS.COM, INC. and**
**BIDS INTERNATIONAL SALES, INC.**

    **Defendants.**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Cornelius Thomas, and Defendants Bidds.Com, Inc., and Bids International Sales, Inc., stipulate to dismissal with prejudice, each party to pay its own costs and attorneys fees. Therefore, dismissal without a court order is proper.

There are no longer any issues in this action between Plaintiff and Defendants to be determined by the Court, and all parties that have entered an appearance stipulate to its dismissal, with the court retaining jurisdiction for the purpose of enforcing the settlement of the matter.

Respectfully submitted this 26th day of July, 2022.

By:     /s/                                    By:     /s/
Craig C. Marchaindo, Esq.                 Matthew Muggeridge, Esq.
VA Bar No: 89736                              VA Bar No. 75886
Consumer Litigation Associates, P.C.       FIDE Law, PLC
763 J. Clyde Morris Boulevard, Suite 1-A    2217 Princess Anne Street, Suite B1
Newport News, Virginia 23601              Fredericksburg, Virginia 22401
Telephone: (757) 930-3660                  Telephone: (540) 371-4500
Facsimile: (757) 930-3662                   Email: mm@fidelawplc.com
Email: craig@clalegal.com

*Counsel for Plaintiff*                               *Counsel for Defendants*